■ In the Matter of ASHLEY XX., an Infant. CONNIE YY. et al., Respondents; DALE XX., Appellant.—Appeal from an order of the Family Court of Madison County (O'Brien, III, J.), entered September 11, 1990, which granted petitioners' application, in a proceeding pursuant to Domestic Relations Law article 7, for the adoption of respondent's child.

Order affirmed, without costs, upon the opinion of Judge William F. O'Brien, III.

Casey, J. P., Mikoll, Yesawich Jr., Levine and Crew III, JJ., concur. Ordered that the order is affirmed, without costs.